# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Davis v. Cometeer, Inc.   Case Number: 1:26-cv-949

An appearance is hereby filed by the undersigned as attorney for:

Nicole Davis

Attorney name (type or print): Alison Chan

Firm: EQUAL ACCESS LAW GROUP PLLC

Street address: 68-29 Main Street

City/State/Zip: Flushing, NY 11367

Bar ID Number: 77207
(See item 3 in instructions)

Telephone Number: 630-478-0856

Email Address: achan@ealg.law

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | | ✔ |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.

✔ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/28/2026

Attorney signature: S/Alison Chan
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023